FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 22  AM 11: 21

CLERK _M_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOEY THREATTE and BEULAH THREATTE, as surviving parents of COURTNEY THREATTE, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>    Defendants / Third-Party Plaintiffs,<br><br>vs.<br><br>HEYWARD ALLEN AUTOMOTIVE, INC. d/b/a HEYWARD ALLEN TOYOTA,<br><br>    Third-Party Defendant. | Case No. CV600-085 |

## O R D E R

Before the Court is the parties' Joint Motion To Supplement Record. (Doc. 275.) Therein, the parties request that the Court supplement the appellate record of the above-titled action with a draft of the Court's Instructions to the Jury. This draft was provided to counsel on the afternoon of the first day of trial and discussed in open court on the afternoon of the second day of trial. The parties assert that, without the draft charges, the transcript lacks meaning.

The draft of the jury instruction was given to the parties early in the proceedings merely as an accommodation to counsel. It

was to be used at a later charge conference. When the Court provides attorneys with draft charges, they are never intended to be interpreted as final charges, because neither the Court nor the parties know what the final evidence in the case will be and how the draft charges will conform to that evidence. Thus, the parties' assertion that "without the draft charges the transcript lacks meaning" lacks meaning to this Court.

This Court will not begin a practice of supplementing the record with extraneous documents that were not appropriately filed into the record during this proceeding. Further, it does not appear at this time that the Draft Charges are "material" to the outcome of the appeal as contemplated by Federal Rule of Appellate Procedure 10(e)(2)(B). Accordingly, after careful consideration, the parties' motion is **DENIED**.

SO ORDERED, this 22ND day of September, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA